work without good cause attributable to her work or employer.

The Commission's factual findings are supported by competent and substantial evidence. No error of law appears. A published opinion would have no precedential value. We affirm the Commissions's decision in accordance with Rule 84.16(b).

■

# Michael J. CADELL, Petitioner/Appellant,

v.

# DIRECTOR OF REVENUE, STATE OF MISSOURI, Respondent.

## No. 74196.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 5, 1999.

Kevin R. Kelly, Hazelwood, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Craig F. Martin, Asst. Atty. Gen., Jefferson City, for respondent.

Before MARY K. HOFF, P.J., and GARY M. GAERTNER, J., and RHODES RUSSELL, J.

### ORDER

PER CURIAM.

Petitioner appeals the trial court's judgment sustaining the Director of Revenue's order suspending his driving privileges. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).